TILDA WILGARD, Respondent, v. SKYWAY CONSTRUCTION CO., INC., et al., Appellants, et al., Defendants. SKYWAY CONSTRUCTION CO. INC., Third-Party Plaintiff, v. WALTON ELECTRIC CO., INC., Third-Party Defendant.— Said sum of $100 is directed to be paid within 20 days after entry of the order hereon. Under all the circumstances, while plaintiff is entitled to a further opportunity to proceed with the prosecution of the action, plaintiff's attorneys should compensate the attorneys for the moving defendants for the additional expense and work entailed in consequence of their (plaintiff's attorneys') delay. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.